IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MATHIEU ZAHUI<br><br>Defendant. | Case No.: 1:26-cr-00016-JEB |

**APPEARANCE OF COUNSEL**

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case for Defendant, Mathieu Zahui. I certify that I am admitted or otherwise authorized to practice in this Court.

Dated:  February 4, 2026

*/s/ Karen D. Williams*
Karen D. Williams, Esq. (Bar No. 1002902)
COZEN O'CONNOR
2001 M Street, NW, Suite 500
Washington, DC 20036
T: (202) 304-1452
F: (202) 540-9682
kwilliams@cozen.com

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

      I certify that on February 4, 2026, the foregoing notice was electronically filed with the Clerk of the Court using the Electronic Filing System, which will serve a copy on all counsel of record.

                                  /s/ *Karen D. Williams*
                                  Karen D. Williams