# Exhibit 1

April 28, 2026

The Honorable Chief Judge James E. Boasberg
U.S. District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

Re: Character Letter for Mathieu Zahui

Dear Chief Judge Boasberg,

My name is Afia Frempong, and I am writing this letter on behalf of Mathieu Zahui. I understand that on February 23, 2026, Mathieu pleaded guilty to accepting a gratuity and making a false statement in connection with his employment at the United States African Development Foundation. I do not take that lightly. I understand the seriousness of the matter before the Court, and I recognize that these are violations of United States law.

I am writing because I have known Mathieu for many years, and while this case reflects a serious failure in judgment, it does not reflect the fullness of the man I have known. The Mathieu I know is deeply caring, thoughtful, generous, and intentional about the well-being and growth of the people around him. He is someone who has consistently shown up for others, often quietly, often without recognition, and almost always without thinking of himself first.

I first met Mathieu after graduating from Dartmouth College in 2012, when I began working at the United States African Development Foundation as a Research Analyst. I was young, early in my career, and still learning how to navigate both professional life and life in Washington, D.C. I did not have family in the area, did not have a car, and lived far from many basic conveniences, including grocery stores. Mathieu quickly became more than a colleague. He became a guide, a mentor, and in many ways, a protective presence during an important season of my life.

Mathieu and his family took it upon themselves to make sure I was cared for. On a bi-weekly basis, they would take me grocery shopping because they knew I did not have transportation and had no nearby family support. This was not something they were obligated to do. It was not something I asked of them. It was simply who they were, and who Mathieu was. He saw a need and responded with care.

Professionally, Mathieu also invested in me. He spent countless hours teaching me the nuances of economic development and helping me understand the impact of our work at USADF. He was never too busy to explain, never too important to teach, and never too removed to encourage someone who was still finding her footing. He had a way of making people feel seen, capable, and worthy of development. That was one of the first things I learned about him: he did not hoard knowledge. He shared it. He did not use his experience to make others feel small. He used it to help them grow.

Over the years, I came to understand that this was not just how Mathieu treated me. It was how he treated people. He has a rare ability to notice when someone is struggling and step in with calm, compassion, and wisdom. While at USADF, I witnessed him calm older colleagues who were frustrated, discouraged, or overwhelmed. I saw him help bring people back from tears after difficult interactions or poor management experiences. He was often the person people turned to when they needed steadiness. Very few people are that conscientious as leaders. Very few people carry that level of emotional awareness and responsibility for the people around them. Mathieu did.

To me, Mathieu has always carried the heart of a father, not only to his own children, but to many who came under his care. He has a deeply protective nature. He looks for ways to make people feel safe, supported, and valued. He has never been the kind of person who only cares when it is convenient. His care is consistent. His concern is practical. His kindness is not performative; it shows up in the details.

One of the most meaningful examples of this happened in 2018. After two years of marriage, my husband and I lost our first child. It was one of the most painful seasons of our lives. When Mathieu found out, he called us. He prayed with us. He did not rush the moment. He did not offer empty words and disappear. He continued calling afterward to check on us and make sure we were okay. Each call ended with the same words: "Whatever you need, let us know."

That may sound simple, but in a season of grief, those words mattered. His presence mattered. His prayers mattered. His consistency mattered. He did not treat our pain as something to acknowledge once and move on from. He understood that grief lingers, and he made sure we knew we were not alone. That is the Mathieu I know: intentional about ensuring the people around him are cared for, deeply protected, and not forgotten in their hardest moments.

I have also seen how much Mathieu loves and cares for his family. His identity as a husband, father, and family man is central to who he is. He carries responsibility seriously. He is deeply committed to the well-being of those entrusted to him. I know this legal matter has had a painful impact on him and his family. I cannot imagine the weight they have carried through the events leading up to this case and since his decision to plead guilty. But what I can say is that Mathieu is not a man without conscience. He is not indifferent to the consequences of his actions. He is someone who understands the gravity of what has happened and the pain it has caused.

In my experience, Mathieu rarely thinks of himself first in his dealings with others. His instinct has always been to make sure other people are cared for. He gives time, attention, wisdom, encouragement, and practical help. He has a way of stepping into people's lives at moments when they need support most. Whether it was helping a young professional without family nearby, teaching the deeper purpose of economic development work, comforting colleagues in distress, or praying with a grieving family, Mathieu has consistently demonstrated compassion in action.

I know the Court must consider the seriousness of the offense. I would never ask the Court to ignore that. But I respectfully ask that the Court also consider the whole person. Mathieu's

wrongdoing is real, and he has accepted responsibility through his guilty plea. But his life also includes years of service, mentorship, generosity, family commitment, and meaningful care for others.

The Mathieu I know has poured into people. He has helped younger colleagues grow. He has offered comfort in moments of grief. He has carried others when they were overwhelmed. He has been a steady and compassionate presence in the lives of many. His actions in this case were wrong, but they are not the totality of his character.

I respectfully ask that as Your Honor considers his sentence, you also consider the many lives Mathieu has touched, the responsibility he has accepted, the family that depends on him, and the capacity he still has to contribute meaningfully to his community. I believe he is a man who can continue to learn, rebuild, and live in a way that reflects the best of who he has been to so many of us.

Thank you for taking the time to read my letter and consider my perspective.

Respectfully,

Afia Frempong
*Mathieu Zahui's Mentee*