# Exhibit 2

April 30, 2026

The Honorable Chief Judge James E. Boasberg
U.S. District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

Dear Honorable Judge Boasberg,

For days I have prayed to gather words captivating enough to give you an insight into the type of character Mathieu has. The truth is, there aren't enough words to accurately express what kind of a man he is. For as long as I can remember he has always been family-oriented, kindhearted and a good-spirited individual.

My name is Alana Zahui, I am a 30-year-old female, Doctor of Physical Therapy, niece of Mathieu Zahui. I was born and raised in the small town of Benton Harbor, Michigan. Anyone raised there can tell you that it is somewhere that doesn't breed a lot of positivity and very little opportunities for growth in any aspect of life. I consider myself blessed to be able to be in the position I'm in today. The truth is my journey to attaining a Doctorate could not have been done without the kindness, compassion, and selflessness of my uncle.

After high school I attained my bachelor's from Virginia Commonwealth University and after my Doctorate at American International College in Springfield, Massachusetts. During those times I didn't have a stable environment to safely call home. For years, my uncle opened his door to me and created a safe haven when I was going through some of the lowest parts of my life. He did this not only for me, but I have seen him create a safe haven for many other family members trying to navigate through life. Not for any personal gain or recognition but simply because he is one of those rare kindhearted people with a genuine desire to help those less fortunate.

As my father's youngest brother, he is basically a second father to me. He's that male figure you can call on to save you in times of emergency; he's that person you can rely on to give you life advice when you're struggling to find direction; and overall, he's someone who wants to see you win. The one thing I've always admired about my uncle is his profound gift of empathy, his strong ability to feel and understand other people. He himself might not even be aware of this gift, but anyone who knows him can tell you how much he cares.

I can wholeheartedly say he is the most family-oriented person in our entire family. It is his home where we gather for every major holiday. He is the glue that holds this family together. I've seen him wake up every single day and continue to push forward while silently battling his own physical and mental struggles. I've seen him go through multiple surgeries on his spine and his wrist yet wake up every single day and endure the pain,

1

etarus Faxolution

April 30, 2026

The Honorable Chief Judge James E. Boasberg
U.S. District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

Dear Honorable Judge Boasberg,

For days I have prayed to gather words captivating enough to give you an insight into the type of character Mathieu has. The truth is, there aren't enough words to accurately express what kind of a man he is. For as long as I can remember he has always been family-oriented, kindhearted and a good-spirited individual.

My name is Alana Zahui, I am a 30-year-old female, Doctor of Physical Therapy, niece of Mathieu Zahui. I was born and raised in the small town of Benton Harbor, Michigan. Anyone raised there can tell you that it is somewhere that doesn't breed a lot of positivity and very little opportunities for growth in any aspect of life. I consider myself blessed to be able to be in the position I'm in today. The truth is my journey to attaining a Doctorate could not have been done without the kindness, compassion, and selflessness of my uncle.

After high school I attained my bachelor's from Virginia Commonwealth University and after my Doctorate at American International College in Springfield, Massachusetts. During those times I didn't have a stable environment to safely call home. For years, my uncle opened his door to me and created a safe haven when I was going through some of the lowest parts of my life. He did this not only for me, but I have seen him create a safe haven for many other family members trying to navigate through life. Not for any personal gain or recognition but simply because he is one of those rare kindhearted people with a genuine desire to help those less fortunate.

As my father's youngest brother, he is basically a second father to me. He's that male figure you can call on to save you in times of emergency; he's that person you can rely on to give you life advice when you're struggling to find direction; and overall, he's someone who wants to see you win. The one thing I've always admired about my uncle is his profound gift of empathy, his strong ability to feel and understand other people. He himself might not even be aware of this gift, but anyone who knows him can tell you how much he cares.

I can wholeheartedly say he is the most family-oriented person in our entire family. It is his home where we gather for every major holiday. He is the glue that holds this family together. I've seen him wake up every single day and continue to push forward while silently battling his own physical and mental struggles. I've seen him go through multiple surgeries on his spine and his wrist yet wake up every single day and endure the pain,

2

etarus Faxolution

not for himself but for his family. He is genuinely a man whose whole world is centered around providing for his wife and kids. He is an extremely active father who truly values the presence in his children's lives.

So, I write this statement not just in support of my uncle but also in support of my cousins who are at a very critical age. I write this statement as an imperfect human being with the drive and resilience to attempt to make a difference no matter if it counts. I write this statement in hope that these words touch your heart and give you a better insight into the type of character Mathieu has. Thank you for taking the time to read this statement.

May God Bless You Abundantly,


Alana Zahui

███████████████████

Herndon, VA 20171

3