# Exhibit 3

The Honorable Chief Judge James E. Boasberg                April 28, 2026
U.S. District Court for the District of Columbia 333
Constitution Avenue N.W.
Washington D.C. 20001

To Chief Judge James E. Boasberg;

My name is William E. Schuerch.  I am a retired colleague and past supervisor of Mathieu Zahui at the United States African Development Foundation (USADF). Additionally, Mathieu is a personal friend of many years.

Lloyd Pierson, then President of the USADF, in 2008, requested that I come out of retirement to join him in an effort to improve and modernize the USADF.  I accepted the position of Chief Financial Officer and Head of Policy and Evaluation and served until 2014 even though I was forced to give up my federal pension during this period.  My full federal government career was approximately 30 years - including eight years split equally between the Clinton (Secretaries Rubin and Summers) and G. W. Bush

(Secretaries O'Neill and Snow) Administrations, where I was the career Deputy Assistant Secretary of the U.S. Treasury for International Development, Debt and Environment Policy.  Previously, I spent a brief period in the U.S. Agency for International Development and about 14 years, from 1981 to 1995, as a career professional Staff Assistant with the U.S. House of Representatives, Committee on Appropriations, Subcommittee on Foreign Operations, Exports and Related Programs.  Following my federal years, I became a General Manager of the Inter-American Development Bank

(IADB) responsible for Budget, Procurement and Administration under IADB Presidents Enrique Iglesias and Luis Alberto Moreno.

Mathieu Zahui was hired by the USADF in 2010 after a nationwide search to fill an open budget analyst position.  He was selected by an internal committee - after we took the unusual step of flying him from San Diego, CA, where he was working as a GS 11 budget analyst in a Veterans Administration Medical Center, to Washington D.C. for a personal interview - over more than 25 other fully qualified candidates, most from the Washington D.C. area.  In addition to his academic background, the Committee particularly was impressed by his loyalty and integrity and his ten years in the U.S. Marines, including service oversees and becoming a U.S. citizen.  USADF hired Mathieu as a GS12 and he relocated with his family and later his in-laws to the Washington D.C. area.

1

During the four years Mathieu worked for me before my retirement from USADF, it is fair to say that he performed throughout the period as the most dedicated and best quality individual reporting to me. Several others reporting to me were of higher GS rank. During this period, Mathieu was promoted to a GS13 Supervisory Budget Analyst and then to a GS14 shortly before I departed. Mathieu often contributed in many tasks beyond his normal responsibilities and work hours. An illustration of this situation is reflected in my language from his 2013 performance evaluation:

*"Mr. Zahui is a critical member of the Finance Division team. He works largely independently with relatively little need for supervision. He recognizes and brings forward for management attention appropriate issues and cases. In addition to his central role in the internal and external budget processes and in budget implementation and financial reporting, he has made significant contributions to improving business processes in automating disbursement forms, in working toward a "dollarized" disbursement system, and in moving to a more active Finance Division engagement in supervising obligation and cash advance of funds to Country Program Office bank accounts. He has been an active contributor to efforts to create and complete a Finance Policy and Procedures Manual and to efforts to solicit, review proposals and award a new Grants Management System contract. Additionally, he has successfully supervised the training and transfer of accounting responsibilities to a new staff accountant. His work consistently is meritorious and often outstanding."*

After my departure from USADF, Mathieu continued in a senior position in the Finance Division under new leadership. Within a few years, he was further promoted to Chief Financial Officer when that position again became available.

Over the years working in the federal government relatively few of my colleagues have become personal friends and have stayed in touch. Mathieu is one of the few. He not only was always a hard worker, he also was willing to learn and to take on additional tasks beyond his normal responsibilities. He devoted many beyond normal work hours to these tasks and he always did so in good humor with a wonderful attitude making up for and filling in for other employees' short comings. His support for and assistance to others in the office was constant and he never displayed a bad attitude or issued a cross word even in the most

frustrating circumstances. Calling him a fine person and a very fine employee highly understates the situation and his contributions.

It is also worth noting that in his early years at USADF Mathieu was further recruited by the Veterans Administration to join their headquarters staff in Washington D.C. However, he was dedicated to the purposes of the USADF - providing small loan and grant resources for projects in poor developing, mostly African SAHEL, countries - often in coordination and with contributions from their governments. He turned down the offered Veterans Administration headquarters position in order to continue aiding USADF and African development. Another illustration of this dedication is that when the USADF was, among other foreign assistance agencies of the federal government, proposed for elimination by the current Administration and effectively was shut down, Mathieu asked me to review a proposal he had originated to initiate a critical review of abandoned USADF and other agency foreign assistance projects which might have continuing promise for other charitable institutions' financing. It is also the case that during this contentious period, Mathieu was one of only two USADF employees that the current Administration chose to retain and depended upon to carry out the required functions to shut the USADF down.

Mathieu is a remarkable person of high achievement. He was born in the Ivory Coast into a family of modest means with ten siblings of whom five survive today. He pursued his education seriously in Ivory Coast and later in Canada and the United States for advanced degrees - as I remember. Choosing to serve in the U.S. Marines and becoming a U.S. citizen, then marrying and having a family of four children, shifting from military to civilian employment and achieving a very senior general service career position in a U.S. federal agency. This is an extra-ordinary journey.

We are good friends. Mathieu and his wife, Vicki, and their kids came to dinner at our home a few times when my first wife was alive. We also attended an immigrant Nepalese-American colleague's wedding together. Since 2016, after my wife died, we have kept in touch by phone and email and had a few lunches together. We have however, in recent years during COVID and more recently while the current Administration has been trying to shut down USADF, kept in closer contact and have discussed the on-going circumstances. I am aware that

Mathieu, in addition to his USADF work, is active in his church, Saint Marie of Sorrow in Fairfax, VA. For two years, he was Chair of the Annual Labor Day Picnic organizing committee. A picnic tradition has been on-going for 141 years. He also is a member, an "Outside Guard' and an Officer, of the Council #8600 of the Knights of Columbus affiliated with his church. This organization raises funds for various charitable purposes.

I would close in stating that in my experience, Mathieu is a fine American citizen raising a fine family and that he has outstanding personal qualities and has been an excellent dedicated federal employee. The current circumstance is more than unfortunate and I encourage your consideration of his long and excellent public service, military and civilian, and exemplary personal life in making your judgements.

If I can provide any further information, please let me know.

William E. Schuerch

Cabin John, MD 20818