# Exhibit 4

The Honorable Chief Judge James E. Boasberg
U.S. District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

RE:   Character Reference for Mathieu Zahui

Dear Judge Boasberg,

It is a pleasure for me to write in reference to the long term character of Mathieu as I have known him for nearly two decades. I worked closely with Mathieu as a colleague for nearly 10 years at USADF. We maintained limited contact since my retirement in 2019.  I was a special advisor to the president of USADF for all things related to program strategy, internal operations, agency performance, budget, and reporting to the USADF Board of Directors, and to the U.S.Congress.  My work at USADF spanned three USADF CEOs.  I have in-depth knowledge of all aspects of USADF operations and worked closely with Mathieu on detailed matters of financial management and reporting.  I was a part of the hiring committee that brought Mathieu on to the USADF management team.

Mathieu's life story has always impressed me. Coming from an impoverished country in Africa to America, establishing a new life and family here, gaining a college degree, serving in the U.S. Marine Corp, and faithfully serving as a dedicated civil servant in the U.S. federal government is by any measure a great success story.  A story of grit, determination, and hard work.  I witnessed these admirable qualities for nearly a decade as I worked alongside Mathieu at USADF.  He was always pleasant, positive, dedicated, and determined to do the best he could to accomplish the mission of the agency.

Given the recent circumstances and unusual turn of effects in Mathieu's near flawless personal and professional life path I appeal on his behalf.  I know Mathieu to be an honorable and trustworthy man.  Mistakes and lapses in judgement happen. Taking ownership of these wrongs, bearing the consequences, and learning from them to forge a better life is all that we can expect from anyone. I am convinced that he has borne the weight of these self inflicted burdens and will move forward as a stronger, better man, father, husband and citizen.  I still count him as a close colleague and friend. Knowing what I know of him, and of his character and work ethic,  I would not hesitate to hire him again to a position of great responsibility and oversight. My hope and prayer is that his sentencing will give him the second chance, that a full view of his life journey shows he has rightfully earned.

Respectfully Yours,

*D.W. Blaine*

David W. Blaine
(former Chief Performance Offer USADF)