# Exhibit 5

The Honorable Chief Judge James E. Boasberg U.S.

District Court for the District of Columbia a

333 Constitution Avenue N.W.

Washington, D.C. 20001

Dear Chief Judge Boasberg

I recognize that Matthieu has pleaded guilty to (1) accepting a gratuity and (2) making a false statement, which are violations of United States law, in connection with his employment at the United States African Development Foundation (USADF).

I have known Mathieu for the last two years as a member of Saint Mary of Sorrows parish in Fairfax, VA. In that time, I have worked with Mathieu in planning, promoting, and putting on presentations to the Parish community under the guise of a Knights of Columbus sponsored initiative called COR (Latin for heart). His contributions were both varied and substantial. In that capacity, he was responsible for not only seeing to the development and distribution of COR promotional literature but also leading small groups of men participating in the activities. He was always available to assist in any way asked of him. He can also be found volunteering for the annual parish Labor Day picnic in preparing the chickens for sale, the various rides and refreshments and, most critically, the extensive clean up that follows.

As a Catholic, Mathieu was seen to attend Sunday and often daily mass. He showed devotion to the Rosary and was noted to carry one on his person.

As an Ordained Deacon, I am involved with the coordination of COR group initiatives for the parish and have some experience in working with its members, both as a group and individually as to their spiritual journeys. I have found Mathieu to be both conscientious and committed to his faith.

One attribute I have noticed in Mathieu is his commitment to whatever task assigned. He has always demonstrated a willingness to help in any way necessary with a cheerful and positive attitude. He was always concerned with, and compassionate to other members of the COR group as to their particular personal and family situations.

I know that Mathieu has deep and genuine care for his wife Vicky, and his four children. While I have only interacted with one of his children, in the interaction between him and Mathieu I have seen a deep and mutual caring between the two.

Mathieu has come to me to talk about the present situation he finds himself facing. His first concern is for his family. The consequences of his actions, for which he told me he takes full responsibility, weighs heavily on him because of the effect it will have on his family. During our conversation, not once did he refer to what may happen to him.

I have found him always willing to reach out to those in need, with either personal time, resources, prayers, unhesitatingly and unconditionally.

I would like to close with the fact that I am a retired Marine LtCol, and have, as an infantryman, both in peacetime and combat commands, have had the honor and privilege of serving with many Marines. Matthew, who was a Marine SSgt, was typical of what one would expect of a Marine. He was always straightforward, with a "can do" attitude, willing to take on any task assigned with a positive attitude and could be counted on to do what he said he would do. I would not hesitate to have served with Mathieu. If there is to be any fault found with Mathieu's actions and/or decisions, it was that he was too trusting.

DEACON

Nicholas J LaDuca Jr

Burke VA 22015

2