# Exhibit 7

Dr. Gustve D Biaka
Special Education Department Chair, Dora Kennedy, French Immersion MS, PGCPS]
Former Assistant Principal, Baltimore International Academy, BCPS
Founder, Union Fraternelle des Ivoiriens, DC Metro
President and Founder of Global Inclusive Technology Education Group, INC



Date: April 18, 2026

The Honorable Chief Judge James E. Boasberg,
U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W., Washington, D.C. 20001

Re: Character Reference for Mathieu Zahui

## 1. Introduction

I am Dr. Gustave D. Biaka. I currently serve as the Special Education Department Chair at Dora Kennedy French Immersion Middle School in Prince George's County Public Schools (PGCPS). I am also a former Assistant Principal at Baltimore International Academy in Baltimore City Public Schools (BCPS). Beyond my work in education, I am the President and Founder of *Global Inclusive Techno Education Group, Inc., an NGO dedicated to ensuring inclusive, high-quality* education in Africa. Additionally, I am an Ivorian community organizer and the founder of the NGO *Union Fraternelle des Ivoiriens DC Metro* (UFI DC Metro), an organization committed to improving the lives of the Ivorian diaspora in the Washington, D.C. metropolitan area, including Maryland, Virginia, and Washington, D.C.

## 2. My Acquaintance with Mathieu Zahui

I first came to know Mathieu Zahui through his late elder brother, who served as my secretary when I was president of *Le Fromager*, an organization for citizens from Gagnoa, one of the regions of Côte d'Ivoire. When his brother passed away, I felt a deep responsibility to ensure he received a proper and dignified funeral. During that difficult time, among all the siblings, Mathieu Zahui stood out for his leadership.

In April 2011, Côte d'Ivoire endured a severe electoral crisis, with two different elected presidents and two different electoral commissions. This political crisis divided our diaspora community here in the United States. The Ambassador of Côte d'Ivoire personally called upon me to help find a resolution within the D.C. metropolitan area. In response, I turned to Mathieu Zahui and asked him to assist me using his expertise in management and leadership. He accepted without hesitation.

## 3. The Creation of the NGO

I designed a strategic plan to reorganize our community and discussed it at length with Mathieu. He reviewed and updated the plan, then challenged me to find three additional people to help execute the project. Together, we created a Committee of Reconciliation, which I chaired, and Mathieu served as Secretary. For two years, we negotiated tirelessly. Ultimately, the committee convinced both self-declared presidents from our diaspora to step down and agree to a new election without them. With his expertise as a community organizer, Mathieu transformed our simple organization into the *Union Fraternelle des Ivoiriens D.C. Metro*, a legally recognized nonprofit organization with full NGO status. Your Honor, Mathieu Zahui is the person who made my dream come true.

Following that success, Mathieu took the lead on the committee that updated the bylaws of the Union Fraternelle des Ivoiriens. Using his knowledge and expertise in business organization and filing, he helped me with my vision of transforming the community into a reality—he took our vision. He ensured it met all

legal and structural requirements to become a lawful, effective organization. I have attached a YouTube video as evidence of our work together.

## 4. Contribution beyond the DMV

Mathieu has been like my son and friend. He regularly consulted me for advice. Despite his main responsibilities, from 2022 to 2024, Mathieu worked tirelessly to reconcile and merge the two villages, Ourepa and Dahopa, two villages with a common history, but that have been fighting for over 30 years for the merger into one village. A single larger village can better justify to the national government to build a rural hospital, to provide running water, build secondary and high school, etc, in addition to better access to funding and aid from various NGOs. Ourepa and Dahopa are located 6 miles from the city of Gagnoa, in the west of the Ivory Coast. The two villages are only separated by a rural road. Mathieu is from Ourepa. Today, the reconciliation and the merger are done, the new name of the new village is called Digbodia. Mathieu is currently the 1st Vice-President of the Digbodia Community Development Association. He is deeply involved in his village's economic and social development. In his role, he chairs the meetings of the leadership committee and is responsible for the association's operations, which include, among others, the planning of economic and social development infrastructure, engaging the provincial and national authorities, etc.

## 4. Mathieu as a Family Man

Beyond his community leadership, Mathieu Zahui is a model spouse and father. On multiple occasions, I had to postpone important meetings because Mathieu needed to be with his children for school events or the children's sports activities in DMV and beyond New York, Pennsylvania, Delaware, Tennessee, Georgia, and Florida. He continues to prioritize his family. As a devoted Christian, he sees himself as a shepherd of his family, and God has put them in his care. As a result, above all, his family obligations always come first. His energy is first devoted to his family. He continues to sacrifice for his children and wife despite all the challenges he is currently facing. He is worried about his youngest, G█████, and S██████, who are 10 years old. It is not a weakness—it is a reflection of his integrity, responsibility, and love.

## Conclusion

Your Honor, I respectfully ask you to consider the full character of Mathieu Zahui: a leader who helped heal a divided community, a man who transformed a simple organization into a lawful NGO, and a devoted father who places his children's well-being above all else. What will become of his family without Mathieu Zahui? He is not just a defendant before this court; he is the pillar of his family and a respected contributor to our community. I respectfully request leniency and a sentence that allows him to continue caring for his children and serving others.

Thank you for your time and consideration.

Respectfully submitted,

Dr. Gustave D. Biaka

Attached Videos
Video # 1 - https://www.youtube.com/watch?v=OLfc1R7PFKY
Video # 2 - https://www.youtube.com/watch?v=VpAnQO99awo