# Exhibit 9

April 29, 2026

The Honorable Chief Judge James E. Boasberg
U.S. District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

Dear Chief Boasberg,

My name is Kina Bassette, and I am a former colleague of Mathieu Zahui. We worked together at the VA San Diego Healthcare System from May 2006 until Mathieu left for his position with USADF. Mathieu was a Budget Analyst, and I was a Budget Technician.

Mathieu has always been a professional, showing me how the budget is used and how to identify which identifier codes have been used since it was the hospital, and the budget had to be divided for every service to have funds available for medical supplies, etc. Mathieu would ask me to attend budget meetings for me to see the issues with the budget, and some of the Chiefs' attitudes, especially with Facilities Management Service. Mathieu was always there to work and assist when we had to work overtime on the budget, sometimes late into the evening and on weekends during the end of the fiscal year

Mathieu informed me about his teaching at one of the colleges in San Diego. I, as well as other colleagues looked up to Mathieu to the highest standard. Mathieu always mentioned to keep pursuing your education. Mathieu is fluent in a few languages – French, Spanish Some employees will brag and have a chip on their shoulder about them having this degree. Mathieu was never that type of person, always down-to-earth. One of the FRMS employees mentioned to me recently that he pursued his MS and is now working on his PhD because of Mathieu.

Mathieu is a family man. Mathieu brought his wife and daughter to the office. I remember when Mrs. Zahui underwent breast cancer. Mathieu was off work to take care of his wife. I covered Mathieu's desk while he was away on vacation as well. I remember when he had to fly out of the country to attend funeral for a family member. Mathieu has always been there for his family in the states as well as abroad.

Mathieu and I kept in touch since he left VA San Diego Healthcare System. I would always ask how Mrs. Zahui was, and when he informed me, she was pregnant with twins I was so happy for them. We texted each other keeping up with news about his family as well as mine.

Thank you for giving me the time to write a character letter for Mr. Zahui.

Respectfully,

/s/ Kina Bassette

Kina Bassette
███████████ Compton CA 90221