# Exhibit 10

April 14, 2026

The Honorable Chief Judge James E. Boasberg

United States District Court for the District of Columbia

333 Constitution Avenue N.W.

Washington, D.C. 20001

Dear Chief Judge Boasberg,

My name is Marie-Cecile, and I write to you in the Zahui tradition of bearing truthful witness to a person's character, spirit, and contributions to others. I offer this letter with sincerity and respect to speak to the qualities I have personally observed in Zahui, whose conduct and values have consistently reflected the highest standards of integrity and humanity.

I have known Mr. Mathieu Zahui in a professional capacity for eleven years, during which I have observed his strong leadership, unwavering dedication to his responsibilities, and deep commitment to both his family and his colleagues. His character is further reflected in service to his church community, demonstrating a sustained devotion to helping others and contributing positively to the lives around him.

Zahui is a person whose leadership is expressed not through authority, but through example. In every environment—professional, familial, and communal—Zahui demonstrates honesty, discipline, and a deep sense of responsibility. These qualities are not occasional; they are the foundation of how Zahui lives, works, and treats others. I have seen Zahui approach challenges with courage and resilience, never retreating from difficulty and never compromising ethical principles.

What distinguishes Zahui most is profound compassion for others. Whether supporting family members through hardship, guiding colleagues with patience and generosity, or

offering wisdom to friends in moments of uncertainty, Zahui shows a consistent willingness to help. This is not done for recognition, but out of a genuine belief in the dignity and worth of every person. That compassion is matched by humility and respect—qualities that make Zahui not only admired but also trusted.

In the workplace, Zahui's integrity is unwavering. Zahui approaches every task with diligence, intelligence, and creativity, often finding thoughtful solutions where others see obstacles. The work ethic is steady, disciplined, and grounded in a commitment to doing what is right, not merely what is easy. These traits have earned Zahui the respect of peers and supervisors alike.

Zahui is also remarkably resilient. Life has presented challenges that would have discouraged many, yet Zahui has met each one with patience, courage, and a quiet strength that inspires those around them. This resilience is not hardened or bitter; it is tempered with wisdom, generosity, and a deep sense of responsibility to community and family.

Your Honor, I offer this letter to affirm that Zahui is a person of strong moral character—honest, compassionate, wise, responsible, intelligent, creative, resilient, courageous, disciplined, patient, and generous. These qualities are not abstract descriptions; they are lived daily, consistently, and with sincerity.

Thank you for taking the time to consider my perspective. I trust that this reflection of Zahui's character will be helpful as you weigh the matter before you.


Respectfully,

*Marie-Cécile M. Groelsema*

Marie-Cecile Groelsema

2