# Exhibit 11

Nina Zahui

███████████████

Fairfax, VA 22032

May 14, 2026

The Honorable Chief Judge James E. Boasberg
U.S. District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 20001

Dear Chief Judge Boasberg,

My name is Nina Zahui, and I am 22 years old and currently a student at George Mason University. I am writing to you as the daughter of Mathieu Zahui. I have known him my entire life—not just as my father, but as the person who has shaped who I am today.

My relationship with my father is one built on a deep understanding. We do not always need long conversations to know what the other is thinking—we simply understand each other. For 22 years, I have seen him every single day, and through that, I have had a front-row seat to the kind of man he truly is.

As a father, my dad is caring, devoted, responsible, and genuinely one of the funniest people I know. He worked long hours for most of my life, and even though that meant he could not always be there for practices, he never missed what mattered most to me. I played basketball growing up and had tournaments nearly every weekend, and no matter how tired he was or how much he worked, he was always there—on the sidelines, supporting me.

What makes that even more meaningful is that he did not even understand basketball. Yet he still made the effort. He would sit outside with me and have me do drills, trying his best to help me improve simply because he cared. It is something I look back on now and laugh about, but it also shows how intentional he was as a father. He showed up, even when it was outside of his comfort zone.

He also pushed me to grow in ways that mattered. Whenever I faced challenges with coaches or performance, he would not solve the problem for me, he would make me go speak to my coaches myself. At the time, it was uncomfortable, but now I understand that he was teaching me confidence, accountability, and independence. Those lessons have stayed with me and continue to guide me in my life today.

Outside of our home, my father is deeply involved in our church and community. He is someone people rely on, not because he seeks recognition, but because he genuinely

cares. He is present at events, helps organize gatherings, and contributes his time and energy without ever expecting anything in return. In fact, most of what he does for others is never spoken about by him. I only hear about it from members of our community who come up to me and share how he helped them move, connected them with opportunities, or supported them when they needed it most.

That is who he is at his core: humble, consistent, and always willing to help.

At home, he carries that same sense of responsibility. He taught me the value of hard work and attention to detail. He is a perfectionist in the best sense. When he builds something or fixes something, he will not walk away until it is done right. That mindset has shaped me in ways I did not even realize at first. I went through multiple changes in my academic path before ultimately finding myself drawn to finance, something closely aligned with his own work. Looking back, I can clearly see how much of an influence he has had on me.

More importantly, he taught me how to approach life: with discipline, effort, and a commitment to doing things the right way.

I am aware of the seriousness of his situation and the mistakes he has admitted to. As his daughter, I have seen how this has affected him, and how much weight it carries—not only for him, but for our entire family. We are a close family, and we rely on him in ways that are difficult to fully put into words. My younger siblings, S███████ and G█████, look up to him and depend on him, just as I always have. The thought of our lives without his daily presence is something that is honestly hard for me to even imagine.

This experience has been incredibly difficult for all of us, but it has also made me reflect even more deeply on who my father truly is. He is not defined by a single moment or mistake. He is defined by years of showing up—for his family, for his community, and for the people around him.

If there is one thing I hope you take away from my letter, it is this: my father is a genuinely good, humble, and caring person who has dedicated his life to others. I have seen that every single day of my life, not through words, but through his actions.

Thank you for taking the time to read my letter and for considering my perspective.

Respectfully,

Nina Zahui

Nina Zahui