# Exhibit 12

April 2, 2026

Paul A. Olson



Chantilly, VA 20151

The Honorable Chief Judge James E. Boasberg
U.S. District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 20001

Re: Character Letter for Mathieu Zahui

Dear Chief Judge Boasberg,

My name is Paul Olson, and I have worked with Mathieu Zahui for over ten years at the U.S. African Development Foundation where I work in the Programs division. During that time, I have come to know Mathieu as a capable and dependable colleague and friend.

I am aware of the charges to which Mathieu has pleaded guilty, and I understand the seriousness of these actions. While I do not condone the conduct, I believe it is important to share my perspective on Mathieu's character and the positive qualities I have witnessed over the years.

Throughout our time working together, Mathieu consistently demonstrated dedication to his work, his family, and his community. Mathieu consistently worked hard to support colleagues and clients, mentor and develop staff, and promote a sense of community and collegiality within the office. When he was promoted to head the Finance division of the Foundation, which was consistently understaffed, he spent long hours and weekends on a regular basis to meet the demands of the Board of Directors and the President/CEO, as well as the regular requirements of the job. He promoted strong team building and ensured cross-training of staff members who reported to him, demonstrating the discipline and values that he learned as a member of the U.S. Marine Corps prior to his work with USADF. And he was a consistent and valued source of advice when looking for solutions to Program issues who listened carefully to recommendations for needed actions.

I also witnessed his dedication to his family and community, ensuring that he coached and supported his children with their school and extracurricular activities, particularly sports, taking them to practice and travel competition events. And he is also a committed member of his religious community, not only at home, but also when traveling abroad, where he took time to seek out and attend services when on temporary duty assignments.

Above all, Mathieu showed himself to be a caring and temperate person. Even when dealing with difficult people and circumstances, I never witnessed him lose his temper or resort to

treating people with disrespect or anger. Rather, he maintained a steady and calming demeanor and sought to find solutions to issues with which he had to deal. And although Mathieu does not consume alcohol, he is an enjoyable person with whom to travel, socialize, and celebrate. He is the person who helps organize parties, develops and shares the music play lists, and is a full participant in the fun and games for those events.

I respectfully ask that you take into account the person I have known for many years who, despite this lapse in judgment, has much to offer his family, community, and profession. I believe Mathieu has the character and determination to move forward in a positive direction.

Sincerely,

Paul Olson