# Exhibit 13

The Honorable Chief Judge James E. Boasberg
U.S. District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

Dear Chief Judge Boasberg,

I am writing with full awareness of Mathieu Zahui's offenses. I do not seek to excuse or minimize what has occurred. What happened is serious, and it has understandably caused disappointment - for myself and, I am sure, for many others.

That said, I would like to offer a broader perspective on Mathieu as a person, beyond the wrongdoing that brings him before the Court.

I have known Mathieu for over a decade, since I first began working at USADF.  In my experience, he was respectful, caring, and willing to help when needed, including toward employees who were struggling or who required patience and support.

I saw this concern for people in both ordinary and serious workplace situations. On ordinary occasions, when someone was leaving the organization, Mathieu would often take the lead in recognizing that person and helping organize a going-away gathering. That may seem like a small thing, but it mattered to people when it happened. In a more serious situation, when a co-worker unexpectedly did not show up to work, Mathieu took the absence seriously and helped ensure that the appropriate authorities were contacted. We later learned that the employee had passed away from a heart attack. I understand that, given his position, some level of responsibility came with that role. But what stayed with me was that the absence was not ignored, and that reflected the care I had seen from him in other settings as well.

I also remember that after the devastating earthquake in Nepal in 2015, Mathieu voluntarily contributed to relief efforts, and his actions encouraged others to voluntarily contribute as well. The need could have been overlooked, but it was not. The combined contributions helped provide people affected by the earthquake with basic necessities, including water purification tablets and emergency thermal blankets, during a very difficult time. To me, that reflected care and concern for others in a practical and meaningful way, and it left a lasting impression on me.

I first learned about the conviction several weeks after it occurred, during a phone call about office matters. I needed time to process what I had learned, and I called Mathieu the next day. When we spoke, I do not remember his exact words, but my impression was that he felt shame and disappointment over his actions and over the consequences of what had occurred.

Over the years, I have observed Mathieu exercise patience, care, empathy, and kindness in numerous situations, and although a degree of trust has been damaged between us, I believe Mathieu is more than the worst choices he has made.  I would ask your honor to consider this when issuing Mathieu's sentence.

Thank you for your time and consideration.

Respectfully,

/s/ Sandeep Silwal

Sandeep Silwal
Glenmont, NY