# Exhibit 14

Vicky Lumbwele-Zahui

████████████████

Fairfax, VA 22032

May 14, 2026

The Honorable Chief Judge James E. Boasberg
U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Chief Judge Boasberg:

My name is Vicky Lumbwele-Zahui, and I am Mathieu Zahui's wife. We have known each other for 27 years and have built our lives together through many different seasons, including some very difficult ones.

I know the Court is considering a serious matter, and I am not writing to excuse what happened. Mathieu understands the seriousness of the situation, and I have seen the weight this has placed on him and on our family.

I want to share with the Court the man I have known for most of my adult life.

When I met Mathieu, he was leaving the Marine Corps and trying to rebuild his life. We did not start with financial stability or comfort. There were years when we struggled to pay rent and worried constantly about bills and the future. At the time, Mathieu was working as an adjunct instructor at community colleges in San Diego while trying to create a stable life for us.

What stayed with me during those years was his sense of dignity and responsibility, even when things were hard. We qualified for different public assistance programs because our income was so low. However, Mathieu always resisted taking shortcuts or relying on handouts. I remember him being willing to take any job he could find to help support our family. Eventually, despite having a master's degree, Mathieu accepted a GS-7 position at the VA in 2005 because we needed stability for our children and our future.

Even during those difficult years, people trusted Mathieu. I remember one period when members of his ethnic community asked him to safeguard funds collected for social and cultural activities after the group met with the Ivorian Ambassador to the United States. At the time, our family was struggling financially, but people trusted him because of the integrity they saw in him. He kept those funds safely for more than a year until the community decided how to use them. The money was eventually used to organize community gatherings and cultural events that brought together not only members of their ethnic group but also much of the Ivorian community in the DMV.

Over the years, I also watched Mathieu constantly put others before himself. There were times when he skipped lunch, avoided eating out, and delayed buying things for himself, even when

he needed them. I remember arguing with him about replacing an old car he had driven for more than ten years. He kept saying the car still worked and that there were more important things to spend money on. He finally replaced it only after it broke down completely, leaving him stranded.

This is simply who Mathieu is. He always thinks first about family, both here and back home, before thinking about himself. Even now, while going through this difficult period and being unemployed, he still tries to help family members whenever he can.

Currently, his oldest sister, who is over 80 years old, is in critical condition in the hospital back home. Despite everything happening in our own lives right now, Mathieu still feels a strong moral responsibility to help and support her however he can.

Over the years, Mathieu became more than my husband. He became my closest friend and the person I leaned on through every difficult season of our lives. We have faced struggles together, raised children together, cared for family members together, and tried to build a stable life step by step. That is the person I still see today.

As parents, we built our daily lives around our children. Because of our work schedules, we learned to divide responsibilities and support the children's activities however we could. Our twins do not even play the same sports, so many afternoons involved splitting up practices, pickups, and activities so they could both participate and feel supported. Mathieu has always been a present and involved father in the everyday aspects of family life.

What happened does not erase the man I have known for nearly three decades. It also does not erase the father our children know or the husband and friend I have relied on through some of the hardest moments of our lives together.

The possibility of incarceration has been devastating for our family emotionally, especially for our children.

I respectfully ask the Court to consider the whole of Mathieu's life, the many years he has worked, sacrificed, helped others, and tried to provide for his family and community.

Thank you for taking the time to read my letter and consider my perspective.

Respectfully,

*Vicky Lumbwele-Zahui*

Vicky Lumbwele-Zahui