# Exhibit 15

May 6, 2026

Yui Hirano Zahui

███████████

Grand Forks, ND 58201

The Honorable Chief Judge James E. Boasberg
U.S. District Court for the District of Columbia
333 Constitution Avenue
N.W. Washington D.C. 20001

Dear Chief Judge Boasberg,

I am writing to offer my sincere support for my brother-in-law, Mathieu Zahui, following his recent guilty plea. I have been married to his brother for 26 years and have known Mathieu throughout that time. Over the decades, I have come to know him as a person of integrity, reliability, and deep commitment to his family.

Above all, Mathieu is a devoted family man. He has always taken the initiative to keep our family connected, especially during important occasions such as Thanksgiving and other holidays. He is the one who reaches out, organizes gatherings, makes reservations, and ensures that we come together despite our busy lives. His efforts have strengthened family bonds in ways that are meaningful and lasting.

On a personal level, I have always been struck by the respect he has shown me. Despite being older than I am, he has consistently treated me with great consideration and kindness. Coming from a Japanese cultural background, where respect is often expected from younger individuals toward elders, I initially found this surprising. Over time, I came to understand that his upbringing in Africa instilled in him a strong sense of respect for family roles and relationships. Because I am married to his older brother, he has always extended to me the same level of respect and regard that he shows within his family hierarchy. This speaks volumes about his character and values.

Mathieu has made a serious mistake, and he has accepted responsibility for his actions. However, I firmly believe that this mistake does not define who he is as a person. In my experience, he is honest, caring, and deeply committed to those around him. He has positively impacted his family and community for many years.

I respectfully ask the Court to consider his character, his long-standing contributions to his family, and his capacity for growth and redemption. I believe he deserves the opportunity for a second chance.

Sincerely,

Yui Hirano Zahui